IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ANTHONY CAMPBELL, Individually and**              **PLAINTIFF**
**on Behalf of all Others Similarly Situated**

vs.           No. 2:22-cv-2270-SHL-cgc

**DUST BUNNY JANITORIAL SERVICES, LLC,**        **DEFENDANTS**
**and CAROL McDANIEL**

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Anthony Campbell ("Plaintiff") and Defendants Dust Bunny Janitorial Services, LLC, and Carol McDaniel ("Defendants" and, together with Plaintiff, the "Parties") move this Court for an Order (1) approving the Parties' Settlement Agreement, attached hereto as Exhibit 1, as a fair and reasonable resolution of a *bona fide* dispute; and (2) dismissing this case with prejudice. The Parties respectfully state as follows in support of this Joint Motion:

1. Employees may settle and release claims brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* ("FLSA") against an employer if the parties present the district court with a proposed settlement, and the district court approves the settlement as a "fair and reasonable resolution of a *bona fide* dispute over FLSA provisions." *See* 29 U.S.C. § 216(c); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Simmons v. Mathis Tire & Auto Serv., Inc.*, No. 13-2875, 2015 WL 5008220, at *1 (W.D. Tenn. Aug. 20, 2015).

2. A *bona fide* dispute exists in this case between the Parties. *See Simmons*, 2015 WL 5008220 at *1 (citing *Lynn's Food Stores, Inc.*, 679 F.2d at 1353, n. 8) ("Courts

Page 1 of 4
Anthony Campbell v. Dust Bunny Janitorial Services, LLC, et al.
U.S.D.C. (W.D. Tenn.) Case No. 2:22-cv-2270-SHL-cgc
Joint Motion for Approval of FLSA Settlement

approve FLSA settlements when they are reached as a result of contested litigation to resolve bona fide disputes concerning a plaintiff's entitlement to compensation under the FLSA."). In his Amended Complaint, Plaintiff alleges that he is entitled to minimum wage and overtime payments Defendants willfully failed to pay him for all hours worked over 40 each week. Defendants deny Plaintiff's claim for minimum wage and overtime compensation and assert that they acted at all times in good faith. The Parties firmly believe in the merits of their respective claims and defenses but recognize that there is risk for both sides in continuing litigation. Therefore, the Settlement Agreement reflects a reasonable compromise of Plaintiff's claimed damages.

3. The proposed Settlement Agreement is a fair and reasonable resolution of the Parties' *bona fide* dispute.  To determine whether a settlement is fair and reasonable, courts in this jurisdiction look to six factors: "(1) the existence of fraud or collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the proceedings and the amount of discovery completed; (4) the probability of plaintiff's success on the merits; (5) the range of possible recovery; and (6) the opinions of the counsel." *Nutting v. Unilever Mfg. (U.S.) Inc.*, No. 2:14-CV-02239-JPM, 2014 WL 2959481, at *3 (W.D. Tenn. June 13, 2014). As explained further in the Parties memorandum, all six factors weigh in favor of approving the Parties' Settlement Agreement.

4. Specifically, the Parties have evaluated their respective positions and engaged in arms-length settlement negotiations to resolve this matter fairly and equitably. The proposed Settlement Agreement provides compensation for Plaintiff's alleged overtime violations, liquidated damages and attorneys' fees, for a total settlement of

Page 2 of 4
Anthony Campbell v. Dust Bunny Janitorial Services, LLC, et al.
U.S.D.C. (W.D. Tenn.) Case No. 2:22-cv-2270-SHL-cgc
Joint Motion for Approval of FLSA Settlement

$3,750.00.  The proposed Settlement Agreement is based on the Parties' investigation of the underlying facts of Plaintiff's claims, the recognized risks and expenses associated with continued litigation, and the serious question of the probability of Plaintiff's success on the merits.  In resolving this matter, the Parties also considered opinions of counsel and the range of possible recovery.

5. The Settlement Agreement therefore represents a fair and reasonable resolution to a *bona fide* dispute over Plaintiff's FLSA claims.

6. Upon approval, no claims remain and the matter should be dismissed with prejudice.

WHEREFORE, the Parties respectfully request the Court grant their Motion, approve the Settlement Agreement as a fair and reasonable compromise of a bona fide dispute, and dismiss this case with prejudice.

Respectfully submitted,

**PLAINTIFF ANTHONY CAMPBELL**

*/s/ Colby Qualls*
Ark. Bar No. 2019246
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
colby@sanfordlawfirm.com

Page 3 of 4
Anthony Campbell v. Dust Bunny Janitorial Services, LLC, et al.
U.S.D.C. (W.D. Tenn.) Case No. 2:22-cv-2270-SHL-cgc
Joint Motion for Approval of FLSA Settlement

  **and** **DUST BUNNY JANITORIAL SERVICES, LLC, and CAROL McDANIEL CARTER, DEFENDANTS**

*/s/ Florence M. Johnson*
JOHNSON AND JOHNSON, PC
1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104
Telephone: (901) 725-7520
Facsimile: (901) 725-7570
fjohnson@johnsonandjohnsonattys.com

## CERTIFICATE OF SERVICE

 I certify that a copy of the foregoing Joint Motion for Approval of FLSA Settlement was sent to the following via the Court's CM/ECF system on January 12, 2023:

Florence M. Johnson, Esq.
JOHNSON AND JOHNSON, PC
1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104
Telephone: (901) 725-7520
Facsimile: (901) 725-7570
fjohnson@johnsonandjohnsonattys.com

*/s/ Colby Qualls*
Colby Qualls

**Page 4 of 4**
**Anthony Campbell v. Dust Bunny Janitorial Services, LLC, et al.**
**U.S.D.C. (W.D. Tenn.) Case No. 2:22-cv-2270-SHL-cgc**
**Joint Motion for Approval of FLSA Settlement**