# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY CAMPBELL, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DUST BUNNY JANITORIAL SERVICES, LLC, and CAROL McDANIEL <br><br> Defendants. | ) ) ) ) ) ) No. 2:22-cv-02270-SHL-cgc ) ) ) ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed May 2, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Joint Motion for Approval of FLSA Settlement, (ECF No. 29), filed February 23, 2023, Plaintiff's claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 23, 2023
Date